No. 01–269.   CREO PRODUCTS INC. *v.* DAINIPPON SCREEN MANUFACTURING CO., LTD., ET AL. C. A. Fed. Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Festo Corp.* v. *Shoketsu Kinzoku Kogyo Kabushiki Co., ante,* p. 722.

No. 01–423.   SEMITOOL, INC. *v.* NOVELLUS SYSTEMS, INC. C. A. Fed. Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Festo Corp.* v. *Shoketsu Kinzoku Kogyo Kabushiki Co., ante,* p. 722.

No. 01–506.   LOCKHEED MARTIN CORP. *v.* SPACE SYSTEMS/ LORAL, INC. C. A. Fed. Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Festo Corp.* v. *Shoketsu Kinzoku Kogyo Kabushiki Co., ante,* p. 722.

No. 01–541.   ACCUSCAN, INC. *v.* XEROX CORP. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Festo Corp.* v. *Shoketsu Kinzoku Kogyo Kabushiki Co., ante,* p. 722. JUSTICE BREYER took no part in the consideration or decision of this case.

No. 01–677.   PTI TECHNOLOGIES, INC. *v.* PALL CORPORATION TECHNOLOGIES, INC. C. A. Fed. Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Festo Corp.* v. *Shoketsu Kinzoku Kogyo Kabushiki Co., ante,* p. 722.

No. 01–711.   BELL, WARDEN *v.* QUINTERO. C. A. 6th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bell* v. *Cone, ante,* p. 685.

No. 01–740.   MYCOGEN PLANT SCIENCE, INC., ET AL. *v.* MONSANTO CO. C. A. Fed. Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Festo Corp.* v. *Shoketsu Kinzoku Kogyo Kabushiki Co., ante,* p. 722.